461 A.2d 889

In re Estate of Hamill, Dec'd.
Appeal of Grace L. Hamill, Income Beneficiary.
Petition for Allowance of Appeal Denied Oct. 7, 1983.

Argued April 12, 1983.

T. Dean Lower, for appellant; Thomas G. Ashton, for participating party.

Before HESTER, MONTEMURO and POPOVICH, JJ.

Order affirmed.